# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEN CURL<br>JAMEY PHILLIPS<br>MARIA BRANNON<br>AMILIOUS SIMMONS<br><br>    Plaintiffs,<br>v.<br><br>JAMES LYTAL<br>L & Y CONSULTANTS, LLC<br><br>    Defendant. | Case No.: 20-CV-00032-JFH-JFJ |

## ORDER APPROVING STIPULATION OF PARTIAL JUDGMENT

NOW, this matter comes before the Court on the Joint Motion for Stipulation of Partial Judgment [Dkt. No. 53] submitted by Plaintiffs BEN CURL, JAMEY PHILLIPS, MARIA BRANNON, AMILIOUS SIMMONS and Defendants JAMES LYTAL and L & Y CONSULTANTS, LLC and the Court finds that the requested relief shall be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall be awarded judgment in the aggregate amount of $50,000.00 against Defendants James Lytal and L & Y Consultants, LLC on Plaintiffs' Fair Labor Standards Act and fraud claims divided as follows:

1. Judgment is awarded to BEN CURL in the amount of $18,690.60;

2. Judgment is awarded to JAMEY PHILLIPS in the amount of $11,977.76;

3. Judgment is awarded to AMILIOUS SIMMONS in the amount of $4,743.68;

4. Judgment is awarded to MARIA BRANNON in the amount of $1,070.00;

5. Plaintiffs are awarded an additional judgment of $13,517.96 for other damages, costs and attorney fees against Defendants.

6. All claims against all parties are dismissed with prejudice except for Plaintiff Maria Brannon's Second Claim for Relief under Title VII and the Lily Ledbetter Act against L & Y Consultants LLC. Dkt. No. 32, *Third Amended Complaint.*

7. Execution is stayed on the foregoing judgment until May 31, 2021 and becomes due and owing on that date.

8. Post-judgment interest shall accrue on the foregoing judgment in the amount of 12% per annum from May 31, 2021.

9. Plaintiff Maria Brannon's Second Claim for Relief under Title VII and the Lily Ledbetter Act against L & Y Consultants LLC is the only claim remaining for adjudication.

Dated this 22nd day of February, 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE