# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

MARIA BRANNON,

    Plaintiff,

v.

L & Y CONSULTANTS, LLC,

    Defendant.

Civil Action No.: 20-CV-00032-JFJ

## FINAL JUDGMENT

**NOW**, on this 18th day of March, 2021, this matter comes before the Court on Plaintiff MARIA BRANNON and Defendant L & Y CONSULTANTS, LLC's Joint Motion for Stipulation of Final Judgment (ECF No. 63), the Court FINDS that the requested relief shall be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court:

1. Plaintiff Maria Brannon is awarded a judgment of $20,000.00 against Defendant L & Y Consultants LLC for her Title VII Claim exclusive of costs and attorney fees.

2. This judgment is in addition to the Partial Judgment entered on February 22, 2021.

3. Execution is stayed on the foregoing judgment until May 31, 2021 and becomes due and owing on that date.

4. Post-judgment interest shall accrue on the foregoing judgment in the amount of 12% per annum from May 31, 2021.

5. Attorney fees and costs shall be determined by separate application.

_____
Jodi F. Jayne, Magistrate Judge
United States District Court

s/*Caleb Salmon*
Caleb Salmon OBA No.: 32272
Aizenman Law Group
5800 East Skelly Drive
Suite 575
Tulsa, OK 74135 918-426-4878 phone
918-513-6080 fax
caleb@aizenmanlaw.com
*Attorney for Plaintiffs*


s/*Ivan Orndorff, Jr.*
Orndorff Law
Ivan Orndorff, Jr.
406 South Boulder, Suite 712
Tulsa, OK 74103
918-583-6394
ivan@orndorfflaw.com
*Attorney for Defendants*